# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Brian D. | U.S. Bankruptcy Court, W.D. WA at Tacoma | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2011 to 12/31/2011 |
|  | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Saint James Cathedral - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | Oct. 12-14, 2011 | Tampa, FL | Annual Conference | Two nights hotel and some meals |
| 2. | Northwest Bankruptcy Institute | Apr. 7-9, 2011 | Portland, OR | Seminar | Registration, hotel and some meals |
| 3. | National Conference of Bankruptcy Judges | August 3-7, 2011 | Anaheim, CA | Chapter 13 Trustees' Annual Conference | Airfare, Hotel, Transport to and from airport, meals |
| 4. | Eastern Washington Bankruptcy Bar | June 16-16, 2011 | Winthrop, WA | Annual Conference | Hotel, meals, gas mileage to and from conference |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Portland, OR 1999 $490,000 | D | Rent | | | Sold | 09/27/11 | N | A | Weisskirk |
| 2. Chase Bank | A | Interest | M | T | | | | | |
| 3. Washington Federal (IRA)(CDs) | D | Interest | N | T | | | | | |
| 4. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 5. -I Shares S&P Sm Blend (IJR) | A | Int./Div. | K | T | | | | | |
| 6. -I Shares S&P MidCap Value (IJJ) | A | Int./Div. | K | T | | | | | |
| 7. -I Shares S&P Small Cap Value Index (IJS) | A | Int./Div. | K | T | | | | | |
| 8. -Am Funds Europacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 9. -Vanguard 500 Index Fund | B | Int./Div. | L | T | | | | | |
| 10. -Am Funds AMCAP Fund Class A | A | Int./Div. | J | T | | | | | |
| 11. -PowerShares QQQ Trust | A | Int./Div. | K | T | | | | | |
| 12. -Am Funds Growth Fund of America Class A | A | Int./Div. | J | T | | | | | |
| 13. -SPDR S&P 500 ETF(SPY) | A | Int./Div. | K | T | | | | | |
| 14. -I Shares Msci Emerging Mkt Fund (EEM) | A | Int./Div. | J | T | | | | | |
| 15. -I Shares Barclays Aggregate Bond Fd | B | Interest | K | T | | | | | |
| 16. -I Shares S&P US Preferred Fd (PFF) | C | Int./Div. | K | T | | | | | |
| 17. -Vanguard Reit (VNQ) | B | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Brian D. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Growth and Income Fund | A | Int./Div. | J | T | | | | | |
| 19. TRowe RA 2015 | A | Int./Div. | J | T | | | | | |
| 20. Fidelity Investments VIP Contrafund Fund | B | Int./Div. | K | T | | | | | |
| 21. Mutual of America Bond Fund | A | Int./Div. | K | T | | | | | |
| 22. Schwab Val. Adv. MMF Select | A | Int./Div. | | | Sold | 09/30/11 | J | | |
| 23. Pimco Total Return Adm (Y) | | | | | | | | | |
| 24. Davis NY Venture A | A | Int./Div. | | | Closed | 12/31/11 | J | A | |
| 25. Allianz NFJ LgCap Val A(Y) | | | | | | | | | |
| 26. Am Funds Growth Fund of Am R4 | A | Int./Div. | | | Closed | 12/31/11 | J | A | |
| 27. -Vanguard Extended Mkt Index (Y) | | | | | | | | | |
| 28. -Oppenheimer Main St Sm A (Y) | | | | | | | | | |
| 29. -Schwab Govt Money Fund | A | Interest | K | T | | | | | |
| 30. Wells Fargo Stable Value Class M | A | Int./Div. | J | T | Buy | 09/30/11 | J | | |
| 31. T Rowe RA 2015 | A | Int./Div. | J | T | | | | | |
| 32. Mutual of America Equity Index Fund | B | Int./Div. | K | T | | | | | |
| 33. iShares Msci EAFE Index (EFA) | B | Int./Div. | K | T | | | | | |
| 34. Schwab Money Market (MMF) | A | Interest | K | T | Buy | 10/10/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynch, Brian D. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

- Ishares S &P Small Cap Value Index (IJS) (8)was inadvertently identified twice in last year's report. The other asset should have been described as Ishares S&P Sm Blend (IJR)(6) .

-TRowe RA 2015 (20) was inadvertently omitted from prior financial reports. It is ▇▇▇▇ retirement fund from a prior employer, and has been owned since prior to my becoming a judge.

-Pimco Total Return (24), Oppenheimer Main Street Small A (29), and Vanguard Extended Market Index (28) all have less than $1000 in value.

-Allianz NFJ Lg Cap Val A (26) was closed in March 2010 but in actuality did not have to be listed because its value was less than $1000.

- When Schwab Val. Adv. MMF Select (22) was liquidated, the proceeds were used to acquire an interest in Wells Fargo Stable Value M Fund (30)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian D. Lynch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544